# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **CAPTAIN SEAN MILLER (RET.)**, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-00113-TMR-MJN |
| | ) | |
| vs. | ) | Judge Thomas M. Rose |
| | ) | |
| **GE HEALTHCARE, INC., et al.**, | ) | Magistrate Judge Michael J. Newman |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to 28 U.S.C. § 1406(a), the parties' stipulation, and in the interest of justice, the Court transfers this action to the Western District of Oklahoma for all further proceedings.

The Clerk of the Court is directed to TRANSFER this case to the United States District Court for the Western District of Oklahoma.

So Ordered.

*s/Thomas M. Rose*

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE